

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-274-CV

IN RE ROBERT E. RAGLAND                                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

The court has also considered relator's "Motion To Suspend Rules." The motion is **GRANTED**. The court will forward a copy of relator's petition for writ of mandamus to all parties with a copy of this opinion.

PER CURIAM

PANEL A: GARDNER, LIVINGSTON, and HOLMAN, JJ.

DELIVERED: July 7, 2008

---

[1] See TEX. R. APP. P. 47.4.